THE LAW FIRM OF
# JAMES R. LAMBERT

1491 RICHMOND ROAD
STATEN ISLAND, NEW YORK 10304
TEL. (718) 983-5050
FAX. (718) 983-5088

JAMES R. LAMBERT, ESQ. *+

OF COUNSEL
TIMOTHY M. O'DONOVAN, ESQ.*+
ANDREW J. CALCAGNO, ESQ.*+
MICHELLE LAMBERT, ESQ.+

*ADMITTED IN NEW YORK
+ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE
213 SOUTH AVENUE, EAST
CRANFORD, NJ 07016
(732) 414-2561

BY APPOINTMENT ONLY

February 28, 2012

**Via ECF**
Hon. Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Patrick Alford, et al v. The City of New York.</u>
                Docket Number:  CV 11-1583

                <u>Rodriguez v. The City of New York</u>
                Docket Number:  CV 10 -4661

Dear Judge Gold:

       This office represents plaintiffs, Patrick Alford, Sr. and J.A., in the above referenced matter.  I am again writing to Your Honor to update you on the condition of Mr. Alford.

       I am advised that Mr. Alford continues to improve.  Although he is still in the hospital, he is now off the feeding tube and eating on his own.  He has limited ability to speak due to the tracheotomy, however, I understand that he is being interviewed by the police in connection with the assault and is assisting the police in their investigation to the extent that he can do so.

                                                              Respectfully,

                                                              *James R. Lambert*

                                                               James R. Lambert

JRL:lmr
Alford, Patrick/letter to Magistrate Steven Gold 2.28.12
cc:  All Counsel via ECF