THE LAW FIRM OF
# JAMES R. LAMBERT

1491 RICHMOND ROAD
STATEN ISLAND, NEW YORK 10304
TEL. (718) 983-5050
FAX. (718) 983-5088

JAMES R. LAMBERT, ESQ. *+

OF COUNSEL
TIMOTHY M. O'DONOVAN, ESQ.*+
ANDREW J. CALCAGNO, ESQ.*+
MICHELLE LAMBERT, ESQ.+

*ADMITTED IN NEW YORK
+ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE
213 SOUTH AVENUE, EAST
CRANFORD, NJ 07016
(732) 414-2561

BY APPOINTMENT ONLY

March 27, 2012

**Via ECF**
Hon. Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re:*   *Patrick Alford, et al v. The City of New York.*
            *Docket Number: CV 11-1583*

          *Rodriguez v. The City of New York*
            *Docket Number: CV 10-4661*

Dear Judge Gold:

      I recently wrote to you, updating your Honor on my client's condition, as you instructed me to do during a previous conference. Further to my last letter, enclosed please find a copy of the Memorandum I received, which is dated March 16th, 2012 and addressed to the Administration for Children's Services, from Mr. Alford's doctor, A. Felicia Ambrose.

                                                 Respectfully,

                                                 *James R. Lambert*

                                                 James R. Lambert

JRL:lmr
Alford, Patrick/letter to Magistrate Steven Gold 3.27.12
Enc.
cc: All Counsel via ECF



The Mount Sinai Medical Center           One Gustave L. Levy Place
                                         New York, NY 10029-6574
The Mount Sinai Hospital
Mount Sinai School of Medicine

# Memorandum

To:    Administration for Children's Services

Date:  March 16, 2012

Re:    Patrick Alford

From:  A. Felicia Ambrose, MD

Mr. Patrick Alford is currently a patient under my care at the Mount Sinai Rehabilitation Center. He was admitted on February 15, 2012 and a discharge date is not available at this time.

As his physician, I believe that Mr. Alford would be medically stable to participate in a case conference with the Administration for Children's Services if it were held at Mount Sinai Rehabilitation Center. I would recommend the scheduling of this conference be after April 1, 2012, as it is my belief that at this time his physical and mental condition will have improved enough to participate in the Conference.

Mr. Alford is not able to leave Mount Sinai Rehabilitation Center at this time to appear in court. At this time, I believe a court appearance would be medically unsafe. It is yet to be determined when Mr. Alford would be medically able to appear in court.

Feel free to contact me at 212.241.6335 with any questions.

Sincerely,

A. Felicia Ambrose, MD
Department of Rehabilitation Medicine
Mount Sinai Medical Center
5 East 98th Street
New York, NY 10029
212.241.6335