THE LAW FIRM OF
# JAMES R. LAMBERT

1491 RICHMOND ROAD
STATEN ISLAND, NEW YORK 10304
TEL. (718) 983-5050
FAX. (718) 983-5088

JAMES R. LAMBERT, ESQ. °+

OF COUNSEL
TIMOTHY M. O'DONOVAN, ESQ.°+
ANDREW J. CALCAGNO, ESQ.°+
MICHELLE LAMBERT, ESQ.+
------------------
°ADMITTED IN NEW YORK
+ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE
213 SOUTH AVENUE, EAST
CRANFORD, NJ 07016
(732) 414-2561
------------------
BY APPOINTMENT ONLY

July 2, 2012

**Via ECF**

Hon. Steven M. Gold
United States Chief Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: **_Patrick Alford, et al v. The City of New York._**
> _Docket Number:  CV 11-01583_
>
> **_Rodriguez v. The City of New York_**
> _Docket Number:  CV 10-04661_

Dear Judge Gold:

This office represents plaintiffs Patrick Alford, Sr., and J.A. with regard to the above referenced matters.  I write to advise Your Honor of the issues to be addressed at the conference scheduled for July 6th, 2012 at 11:30am.

To date, we have begun five separate depositions in this case, to wit:  plaintiff, Jennifer Rodriguez;  plaintiff, Patrick Alford, Sr.;  defendant Carlene Anderson (Saint Vincent's Services);  defendant Robert Salemi (NYC); and defendant John McLaughlin (NYC).

Mr. Alford's deposition was begun on July 2nd, 2012 at 2:00 pm but was not concluded because he required pain medication and it quickly became apparent that the medication impaired his ability to answer questions.  Thus, we will need to re-schedule the balance of his deposition, at a date in the future after he has recouperated.  We also need to schedule the continued deposition of each of the other four witnesses.

Respectfully,

_James R. Lambert_

James R. Lambert

JRL:lmr
Alford, Patrick/letter to Magistrate Steven Gold 7.2.12
**cc:  All Counsel via ECF**