# BARRY McTIERNAN & MOORE LLC
## COUNSELORS AT LAW

| | | |
|---|---|---|
| WESTCHESTER OFFICE<br>55 CHURCH STREET<br>WHITE PLAINS, N.Y. 10601<br>TEL: (914) 946-1030<br>FAX: (914) 946-3814 | 2 RECTOR STREET, 14TH FLOOR<br>NEW YORK, NEW YORK  10006<br>TEL: (212) 313 3600<br>FAX: (212) 608-8901<br>FAX: (212) 608-8902 (TOXIC TORT) | NEW JERSEY OFFICE<br>15 QUAKER HILL LANE<br>RANDOLPH, N.J. 07869<br>TEL: (973) 366-1004<br>FAX: (212) 608-8901 |

September 13, 2017

*<u>Via ECF</u>*

Chief Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *J.A. v. City of New York, et al.*
                  Docket No.: 11-cv-01583
                  Our File No.: NYC 54816

Dear Magistrate Gold:

      The undersigned represents the City Defendants and this letter is submitted in accordance with your order of September 8, 2017. The deposition of Librada Moran will be held on September 22, 2017. It will be held at the Manhattan office of the undersigned and begin at 10 A.M. This letter has been reviewed by all parties as directed, and all parties will be attending the deposition.

      Should you have any questions, please do not hesitate to contact the undersigned.

                                                Respectfully submitted,

                                                  Barry McTiernan & Moore LLC

                          By:    s/*Courtney Chadwell*
                                     Courtney A. Chadwell

/cac
cc: (via ECF)

All Counsel of Record

cc: (via email):
**Cleary Gottlieb Steen & Hamilton LLP**
Martha E. Vega-Gonzalez
mvega-gonzalez@cgsh.com