UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICK ALFORD, SR. and J.A., a minor, by her
guardian ad litem, SYDELL MACK,

                      Plaintiffs,

                      **ORDER**
      -against-                11-CV-1583 (LDH) (SMG)

CITY OF NEW YORK; ST. VINCENT'S
SERVICES, INC.; ROBERT SALEMI,
individually and in his capacity as a Supervisor
of Child Protective Specialists for the Administration
for Children's Services; CARLINE ANDERSON,
 individually and in her capacity as a Case Worker for
St. Vincent's Services, Inc.; ZOILA VILLALTA,
individually and in her capacity as a Supervisor of
 Case Workers for St. Vincent's Services, Inc.; and
NATALIA ROSADO, individually and in her
capacity as a Child Protective Specialist for the
Administration for Children's Services,

                      Defendants.

------------------------------------------------------------------x

LASHANN DEARCY HALL, United States District Judge:

      On July 26, 2018, United States Magistrate Judge Steven M. Gold issued a Report and Recommendation recommending that this Court Plaintiff J.A.'s motion for settlement approval. The parties were given until August 9, 2018, to file objections to the Report and Recommendation. To date, no objections have been filed.

The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Gold's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order.

Dated: Brooklyn, New York
August 30, 2018

SO ORDERED:

/s/ LDH
LASHANN DEARCY HALL
United States District Judge